UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MALDONADO,

Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

1:25-CV-9127 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 12, 2025, and entered November 17, 2025, the Court directed Plaintiff, within 30 days, to: (1) submit a signed complaint signature page; and (2) either submit a completed and signed *in forma pauperis* ("IFP") application and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. (ECF 4.) That order specified that failure to comply would result in dismissal of this action. (*Id.*) Plaintiff has neither submitted a signed complaint signature page nor either submitted a completed and signed IFP application and prisoner authorization or paid the fees to bring this action. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge